# United States District Court, Northern District of Illinois



| Name of Assigned Judge or Magistrate Judge | Joan B. Gottschall | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 12 C 7907 | **DATE** | 5/24/2013 |
| **CASE TITLE** | FDCI vs. Samuelson | | |

**DOCKET ENTRY TEXT**

Enter Agreed Order. Defendants time to answer or otherwise plead to Plaintiff's amended complaint is extended to 7/08/2013. Status hearing set for 6/11/2013 at 9:30a.m. is stricken and reset to 7/9/2013 at 9:30 a.m.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | RJ |
|---|---|---|